UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEDRO GUEVARA, ADRIAN GRIMES,
ABEL HERNANDEZ, CLAUDIO
HERNANDEZ, MARTIN HERNANDEZ,
MOREL HERNANDEZ, JUAN PAREJA,
JOSE FIGUEROA,

        Plaintiffs,

-vs-
                                   Case No. 6:09-cv-177-Orl-18DAB

BEAT ENTERPRISES, INC.,

        Defendant.
_____

# ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment (Doc. No. 14). The Court having reviewed the Amended report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is **APPROVED** and that Final Judgment be entered in favor of Plaintiff's Grimes, Claudio Hernandez, Pareja, and Figueroa and against Defendants Beat Enterprises, Inc. and Brett Bush in the amount of $17,484.00 in damages, $3,504.00 in attorney's fees and $450.00 in costs. It is further **ORDERED** that the claims of Plaintiffs Morel Hernandez, Pedro Guevara, Abel Hernandez, and Martin Hernandez are dismissed for failure to prosecute. Clerk of the Court is directed to **enter judgment accordingly and CLOSE** the case.

     **DONE and ORDERED** in Orlando, Florida on this ____4____ day of December, 2009.

                                            _____
                                       G. KENDALL SHARP
                                       SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record